# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff-Appellee | * | |
| v. | * | Appeal No. 21-4271(L) |
| DAVON CARTER, | * | (1:17-CR-00667-GJH) |
| Defendant-Appellant | * | |

*******

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff-Appellee | * | |
| v. | * | Appeal No. 21-4541 |
| CLIFTON MOSLEY, | * | (1:17-CR-00667-GJH) |
| Defendant-Appellant | * | |

*******

## CONSENT MOTION TO SUSPEND BRIEFING SCHEDULE

Appellants Davon Carter and Clifton Mosley, by their undersigned counsel and with the consent of counsel for appellee the United States of America, hereby move this Honorable Count to suspend the briefing schedule, and state the following grounds:

1. Appellants Davon Carter and Clifton Mosley were charged in a Second Superseding Indictment and, on January 29, 2020, were convicted of multiple offenses. Both appellants were convicted of four charges (two

conspiracy, two substantive) related to witness murder, in violation of 18 U.S.C. §§ 1513(f) and 1513(a)(1)(B) and 18 U.S.C. §§ 1512(k) and 1512(a)(1)(A). Both appellants were convicted of marijuana distribution offenses (two for Carter, one for Mosley), in violation of 21 U.S.C. § 841, and appellant Carter was convicted of three counts of using a communications facility in marijuana transactions, in violation of 21 U.S.C. § 843.

2. On May 25, 2021, the district court sentenced Carter to life imprisonment on the murder charges and concurrent sentences on the marijuana charges. On September 23, 2021, the district court sentenced Mosley to life imprisonment on the murder charges and a concurrent sentence on his marijuana charge. Both defendants filed timely notices of appeal. This Court consolidated the appeals.

3. Appellants' opening brief and joint appendix are due on August 15, 2022.

4. Appellants intend to raise multiple issues on appeal, including issues related to the denial of motions to suppress evidence and statements. The parties anticipate that many of the suppression issues will track suppression issues presented in another pending appeal from the same district court and district judge, *United States v. Eunice Nkongho,* Case No. 22-4261 (4th Cir. docketed May 3, 2022). The parties submit that judicial economy and the conservation of

government and defense counsel resources would be served if the briefing schedule were placed in abeyance pending the resolution of the *Ngongko* appeal, in which the opening brief is due on August 5, 2022. Accordingly, the parties propose to place the briefing schedule in abeyance and the parties will request a fresh briefing order when the *Ngongko* appeal is decided.

5. On July 29, 2022, counsel for the United States advised via email that the government does not object to the requested relief.

WHEREFORE, appellants Carter and Mosley respectfully request that this Court GRANT the motion and place the briefing schedule in abeyance.

Respectfully submitted,

/s/ Stuart A. Berman
Stuart A. Berman
Lerch Early & Brewer, Chtd.
7600 Wisconsin Avenue, Suite 700
Bethesda, MD 20814
301-657-0729
saberman@lerchearly.com
*Counsel for Davon Carter*

/s/ Richard S. Stolker
Suite 185
9710 Traville Gateway Drive
Rockville, Maryland  20850
301-294-9500
rstolker@stolker.com
*Counsel for Clifton Mosley*

Dated:  July 29, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2022, the foregoing consent motion was served electronically on counsel of record by the Court's CM/ECF system.

/s/ Stuart A. Berman