# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff-Appellee | * | |
| v. | * | Appeal No. 21-4271 |
| DAVON CARTER, | * | (1:17-CR-00667-GJH) |
| Defendant-Appellant | * | |

*******

## MOTION TO DISMISS APPEAL

Pursuant to Fed. R. App. P. 42(b), defendant-appellant Davon Carter moves to dismiss the above-captioned appeal. A consent to dismissal of appeal executed by Mr. Carter is attached to this motion.

Counsel for the United States consents to the dismissal of this appeal.

Each party shall bear its own costs.

Respectfully submitted,

/s/ Stuart A. Berman
Stuart A. Berman
Lerch Early & Brewer, Chtd.
7600 Wisconsin Avenue, Suite 700
Bethesda, MD 20814
301-657-0729
saberman@lerchearly.com
*Counsel for Davon Carter*

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff-Appellee | * | |
| | * | |
| v. | * | Appeal No. 21-4271 |
| | * | |
| DAVON CARTER, | * | (1:17-CR-00667-GJH) |
| | * | |
| Defendant-Appellant | * | |

*******

## CONSENT TO DISMISSAL OF APPEAL

I, Davon Carter, after consultation with counsel, hereby consent to dismiss my appeal in the captioned case.

_____
Davon Carter

07-01-2023
_____
Date

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, the foregoing consent motion was served electronically on counsel of record by the Court's CM/ECF system.

/s/ Stuart A. Berman